Petition12C – Rev. 6/18



☒ FILED  ☐ RECEIVED

**FEB 20 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant to Revoke Supervised Release

| | | | |
|---|---|---|---|
| Name of Offender: | **Robert McCollough** | Case No.: | **CR-15-00336-001-PHX-DLR** |
| Name of Judicial Officer: | **The Honorable Douglas L. Rayes**<br>**United States District Judge** | **T-SEALED** | |
| Date of Original Sentence: | **10/6/2016** | | |
| Original Offense: | **Count 4: Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d), a Class B Felony** | | |
| Original Sentence: | **108 months Bureau of Prisons, 60 months supervised release** | | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: | **2/2/2022** |
| | | Date Supervision Expires: | **2/1/2027** |
| Assistant U.S. Attorney: | **TBD**<br>480-628-1079 | Defense Attorney: | **Theron M. Hall**<br>602-222-6699 |

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Robert McCollough has violated the following conditions of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Mandatory Condition #1** which states, "You must not commit another federal, state, or local crime during the term of supervision." |

1. On February 18, 2024, McCollough committed the crime of Aggravated Assault, in violation of ARS § 13-1204.A.4, a Class 6 felony. According to the criminal complaint, McCollough was involved in a physical altercation with his ex-girlfriend. During the altercation, he strangled the victim and threatened to kill both her and her dogs. He also stated he would kill law enforcement before going back to jail. This is evidenced by the Pinal County Sheriff's Office arrest report #3724672 and Pinal County Criminal Complaint #240218128. Grade B violation. §7B1.1(a)(2)

2. On February 18, 2024, McCollough committed the crime of Aggravated Assault, in violation of ARS § 13-1204.B.1, a Class 3 felony. According to the criminal complaint, McCollough was involved in a physical altercation with his ex-girlfriend. During the altercation, he strangled the victim and threatened to kill both her and her dogs. He also

cc: Prob

stated he would kill law enforcement before going back to jail. This is evidenced by the Pinal County Sheriff's arrest report #3724672 and Pinal County Criminal Complaint #240218128. Grade B violation. §7B1.1(a)(2)

3. On February 18, 2024, McCollough committed the crime of Kidnapping, in violation of ARS § 13-1304.A.3, a Class 2 felony. According to the criminal complaint, McCollough was involved in a physical altercation with his ex-girlfriend. During the altercation, he strangled the victim and threatened to kill both her and her dogs. He also stated he would kill law enforcement before going back to jail. This is evidenced by the Pinal County Sheriff's arrest report #3724672 and Pinal County Criminal Complaint #240218128. Grade B violation. §7B1.1(a)(2)

4. On February 18, 2024, McCollough committed the crime of Criminal Damage, in violation of ARS § 13-1602.B.3, a Class 5 felony. According to the criminal complaint, McCollough was involved in a physical altercation with his ex-girlfriend. During the altercation, he strangled the victim and threatened to kill both her and her dogs. He also stated he would kill law enforcement before going back to jail. This is evidenced by the Pinal County Sheriff's arrest report #3724672 and Pinal County Criminal Complaint #240218128. Grade C violation. §7B1.1(a)(3)

5. On February 18, 2024, McCollough committed the crime of Threatening, in violation of ARS § 13-1202.A.1, a Class 3 felony. According to the criminal complaint, McCollough was involved in a physical altercation with his ex-girlfriend. During the altercation, he strangled the victim and threatened to kill both her and her dogs. He also stated he would kill law enforcement before going back to jail. This is evidenced by the Pinal County Sheriff's arrest report #3724672 and Pinal County Criminal Complaint #240218128. Grade B violation. §7B1.1(a)(2)

6. On February 18, 2024, McCollough committed the crime of Disorderly Conduct in violation of ARS § 13-2904.A.1, a Class 1 misdemeanor. According to the criminal complaint, McCollough was involved in a physical altercation with his ex-girlfriend. During the altercation, he strangled the victim and threatened to kill both her and her dogs. He also stated he would kill law enforcement before going back to jail. This is evidenced by the Pinal County Sheriff's arrest report #3724672 and Pinal County Criminal Complaint #240218128. Grade C violation. §7B1.1(a)(3)

B    **Standard Condition #7** which states, "You must work full time (at least 30 hours per week) at a lawful type of employment unless the probation excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."

       1. On or about April 11, 2022, McCollough failed to notify the probation officer of a change in his employment status within the allotted timeframe. This is evidenced by testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

       2. On or about May 20, 2022, McCollough failed to notify the probation officer of a change in his employment status within the allotted timeframe. This is evidenced by testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

       3. On or about August 30, 2023, McCollough failed to notify the probation officer of a change in his employment status within the allotted timeframe. This is evidenced by testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

C      **<u>Mandatory Condition #3</u>** which states, "You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as determined by the Court."

       1. On or about July 27, 2023, McCollough used methamphetamine. This is evidenced by a positive drug test submitted by McCollough, a signed admission form and testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

       2. On or about July 28, 2023, McCollough used methamphetamine. This is evidenced by a signed admission form and testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

       3. On or about August 15, 2023, McCollough used methamphetamine. This is evidenced by a signed admission form and testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

## U.S. Probation Officer Recommendation and Justification

Robert McCollough has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as McCollough is alleged to have committed a crime of violence and poses a risk for committing future violent crime. He is currently on release pending adjudication of his new charges and is considered dangerous.

Page 4
RE:  Robert McCollough
Petition to Revoke Supervised Release
February 20, 2024

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

*Samuel Levey*      2/20/2024

Samuel Levey      Date
U.S. Probation Officer
Office:  602-322-7178
Cell:  480-662-7017

*Kim Peterson*      2/20/2024

Kimberly Peterson      Date
Supervisory U.S. Probation Officer
Office:  602-682-4358
Cell:  602-309-3405

The Court Orders

☐   No Action
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
☐   Other

_____ U.S. Magistrate Judge Alison S. Bachus for      February 20, 2024
The Honorable Douglas L. Rayes      Date
United States District Judge