AO 442 (Rev. 5/18) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

FILED ___ LODGED ___
RECEIVED ___ COPY ___

FEB 2 2 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America
v.

Robert McCollough
*Defendant*

Case No. CR-15-00336-001-PHX-DLR

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay *(name of person to be arrested)* Robert McCollough,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3583: Violation of Supervised Release

Date: February 20, 2024 @6:16pm

*Issuing officer's signature*

City and state:  Phoenix, Arizona

Alison S. Bachus, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/20/2024, and the person was arrested on *(date)* 2/21/2024
at *(city and state)* Phoenix AZ

Date: 2/21/2024

by: S M
*Arresting officer's signature*
Arrested by USMS

*Printed name and title*