# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Robert Alexander McCollough,<br><br>  Defendant. | No. CR-15-00336-001-PHX-DLR<br><br>**ORDER** |

Before the Court is Defendant's Motion to Amend Sentencing Order to Reflect Credit for Time Served (Doc. 137). Defendant's motion is not necessary. Defendant will receive credit for time served without a sentencing order reflecting that credit. The calculation of the credit to be received is performed by the Bureau of Prisons.

**IT IS ORDERED** that Defendant's Motion to Amend Sentencing Order to Reflect Credit for Time Served (Doc. 137) is **DENIED** as moot and unnecessary.

Dated this 16th day of May, 2024.

Douglas L. Rayes
United States District Judge