# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Robert Alexander McCollough,<br><br>　　　　Defendant. | No. CR-15-00336-001-PHX-DLR<br><br>**ORDER** |

Before the Court is Defendant's Motion to Request Pro Se Defendant Representation (Doc. 138-1). Defendant's motion is moot. Defendant has nothing pending before this Court. He filed a notice of appeal before he filed this motion. His case is currently in the Ninth Circuit on appeal. Defendant is represented by counsel on his appeal to the Ninth Circuit. If any matter comes before this Court in this case, and Defendant has the right to have appointed counsel, he may re-new this motion at which time the Court will review with the Defendant his right to counsel, and his understanding of the rules and laws applicable to him before ruling on the motion. If Defendant does not have the right to appointed counsel, he will be proceeding pro se and no motion to proceed pro se will be necessary for Defendant to represent himself.

**IT IS ORDERED** that Defendant's Motion to Request Pro Se Defendant Representation (Doc. 138-1) is **DENIED WITHOUT PREJUDICE**.

Dated this 16th day of May, 2024.

*(signature)*
Douglas L. Rayes
United States District Judge