IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Robert Alexander McCollough,<br><br>　　　　　Defendant. | No. CR-15-00336-001-PHX-DLR<br><br>**ORDER** |

　　　　Before the Court is Defendant's Motion for Reconsideration (Doc. 144). Defendant's motion was filed after he filed his notice of appeal of the matter. Because it was filed after the filing of the notice of appeal, the Court lacks jurisdiction to rule on it. "The filing of a notice of appeal generally divests the district court of jurisdiction over the matters appealed. Davis v. United States, 667 F. 822, 824 (9th Cir. 1982). A notice of appeal does not divest the district court of jurisdiction if, at the time it was filed, 'there was a pending motion for reconsideration.' United Nat'l Ins. Co. v. R&D Latex Corp., 242 F.3d 1102, 1109 (9th Cir. 2001) (citing Fed. R. App. P. 4(a)(4)(B)(i)). However, the district court lacks jurisdiction to entertain a motion for reconsideration that is 'filed after the notice of appeal has been filed[.]' Katzir's Floor & Home Design, Inc. v. M-MLS.com, 394 F.3d 1143, 1148 (9th Cir. 2004)." United States v. Johnson, No. 3:09-cr-05703-DGE, 2022 WL 9867551, at *1 (W.D. Wash. Oct. 17, 2022).

　　　　**IT IS ORDERED** that Defendant's Motion for Reconsideration (Doc. 144) is **DENIED**.

　　　　　//

**IT IS FURTHER ORDERED** that the Government's Motion for Extension of Time to Respond to Defendant's Motion for Reconsideration (Doc 146) is **DENIED** as moot.

Dated this 16th day of May, 2024.

                                                Douglas L. Rayes
                                                United States District Judge